**Order filed April 3, 2014**



In The

# Fourteenth Court of Appeals

_____

## NO. 14-14-00215-CV
_____

## IN THE INTEREST OF S.L.M. AND A.D.M., CHILDREN

**On Appeal from the 306th District Court**
**Galveston County, Texas**
**Trial Court Cause No. 13-CP-0012**

## O R D E R

The notice of appeal in this case was filed March 10, 2014. The clerk's record was filed March 20, 2014. To date, the filing fee has not been paid. The trial court has notified this court that appellant is not indigent. *See* Tex. R. App. P. 20.1. Therefore, the court issues the following order.

Appellant is ordered to pay the filing fee to the clerk of this court on or before **April 8, 2014.** *See* Tex. R. App. P. 5. If appellant fails to timely pay the filing fee in accordance with this order, the appeal will be dismissed.

PER CURIAM